

# NUMBER 13-24-00148-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

GILBERTO REYNA ESCOBAR,                                    Appellant,

v.

DORADA CRUZ, LLC,                                            Appellee.

## ON APPEAL FROM THE 445TH DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Tijerina and Peña
### Memorandum Opinion by Chief Justice Contreras

This matter is before the court on appellant's failure to file a brief. Appellant's brief was originally due to be filed on or before May 21, 2024. Appellant was further notified that if appellant failed to reasonably explain the failure to file a brief within ten days from the date of the notice, the appeal would be dismissed for want of prosecution. *See id.* TEX. R. APP. P. 42.3(b), (c).

To date, appellant has not reasonably explained the failure to file a brief, has not filed a motion for extension of time to file a brief, and has not filed a brief. Accordingly, the appeal is dismissed for want of prosecution. *See* id. 38.8(a)(1), 42.3(b),(c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
25th day of July, 2024.

2